IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | | |
|---|---|---|
| PHILLIP EVANS, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 1:22-CV-127-RP |
| | § | |
| LOWE'S COMPANIES, INC., | § | |
| *Defendant.* | § | |

## SUBMISSION OF STATE COURT DOCKET

Defendant Lowe's Companies, Inc., in response to this Court's order dated February 14, 2022 [Doc 5] hereby submits the State Court Docket from the 21st Judicial District Court of Washington County, Texas as follows:

| EX. NO. | FILING DATE | DOCUMENT |
|---|---|---|
| 1. | N/A | State Court Docket |
| 2. | 01/06/2022 | Civil Case Information Sheet |
| 3. | 01/06/2022 | Citation Request Letter |
| 4. | 01/07/2022 | Plaintiff's Original Petition |
| 5. | 01/13/2022 | Citation & Proof of Service on Lowe's Companies, Inc. |
| 6. | 02/02/2022 | Defendant's Original Answer |
| 7. | 02/11/2022 | Notice to the Court of Removal |

Respectfully submitted,

By: **/s/ Karl Seelbach**
Karl Seelbach
State Bar No. 24044607
karl@doyleseelbach.com

Eduardo (Wayo) Ortiz
State Bar No. 24092926
eduardo@doyleseelbach.com
Doyle & Seelbach PLLC
7700 W. Highway 71, Suite 250
Austin, Texas 78735
512.960.4890 phone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*



## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 17th day of February 2022.

Bryant A. Fitts
State Bar No. 24040904
bfitts@fittslawfirm.com
Rachel Martin-Deckelmann
rdeckelmann@fittslawfirm.com
FITTS LAW FIRM. PLLC
4801 Richmond Avenue
Houston, Texas 77027
713.871.1670
713.583.1492 (fax)

*ATTORNEYS FOR PLAINTIFF*